Argued and submitted February 6, 1990, the decision of the Court of Appeals and the order of the circuit court are affirmed by an equally divided court January 16, 1992

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## LINDA MAE AXSOM,
*Respondent on Review.*

(CC C88-04-31848; CA A50393 (Control))

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## WILLIAM HENRY AXSOM,
*Respondent on Review.*

(CC C88-04-31847; CA A50394)
(SC S36584)
(Cases Consolidated)

822 P2d 1192

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause on behalf of petitioner on review. With him on the petition and response to court's questions were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Peter Gartlan, Deputy Public Defender, Salem, argued the cause on behalf of respondents on review. With him on the response to petition and response to the court's questions was Sally L. Avera, Acting Public Defender, Salem.

Before Peterson,** Chief Justice, and Carson,*** Gillette, Van Hoomissen, Fadeley, and Unis, Justices.

** Chief Justice when case argued.

*** Chief Justice when decision rendered.

## MEMORANDUM OPINION

The decision of the Court of Appeals and the order of the circuit court are affirmed by an equally divided court.